# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KATHRYN M. MORTENSEN**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**NATIONAL CABLE COMMUNICATIONS LLC D/B/A AMPERSAND**<br><br>Defendant. | Case No. 1:24-cv-04749<br><br><br>**CLASS ACTION COMPLAINT**<br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiff Kathryn M. Mortensen voluntarily dismisses her claims against Defendant, without prejudice in the above captioned case. The parties shall bear their own costs, expenses, and attorneys' fees.

Dated: August 1, 2024

Respectfully Submitted,

/s/ Ronald Podolny

| | |
|---|---|
| Brian Murray<br>New York Bar No.: 2388494<br>bmurray@glancylaw.com<br>**GLANCY, PRONGAY & MURRAY**<br>230 Park Avenue, Suite 358<br>New York, NY 10169<br>T: (212) 682-5340<br><br>Paul C. Whelan<br>**LAW OFFICE OF PAUL C. WHALEN P.C.**<br>768 Plandome Road<br>Manhasset, NY 11030<br>Direct: +1(631) 612-3905<br>In US: +1(516) 426-6870<br>pcwhalen@pm.me | John A. Yanchunis*<br>JYanchunis@forthepeople.com<br>Ronald Podolny<br>New York Bar No.: 4772232<br>ronald.podolny@forthepeople.com<br>**MORGAN & MORGAN**<br>**COMPLEX LITIGATION GROUP**<br>201 North Franklin Street 7th Floor<br>Tampa, FL 33602<br>T: (813) 223-5505<br>F: (813) 223-5402<br><br>Jonathan M. Sedgh<br>New York Bar No.: 4557260<br>JSedgh@forthepeople.com |

SO ORDERED

/s/ Jed S. Rakoff
USDJ
8-2-24

|  | **MORGAN & MORGAN**<br>**COMPLEX LITIGATION GROUP**<br>350 Fifth Avenue, Suite 6705<br>New York, NY 10118<br>Telephone: (212) 738-6299 |
|---|---|

*Pro hac vice forthcoming*

**Counsel for Plaintiff and the Class**